

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Cody Wommack, Appellant

No. 06-23-00086-CV     v.

City of Lone Star, Texas, Brianna McClain,
Jerri Chism, Keith Reiter, Tony Johnson,
Cody Wommack, and Cyndi Andrews,
Appellees

Appeal from the 76th District Court of
Morris County, Texas (Tr. Ct. No. 27,646).
Memorandum Opinion delivered by Chief
Justice Stevens, Justice van Cleef and
Justice Rambin participating.

As stated in the Court's opinion of this date, we find reversible error in the judgment of the court below. Therefore, we reverse the judgment of the trial court and remand the cause for further proceedings.

We further order that the appellees, City of Lone Star, Texas, Brianna McClain, Jerri Chism, Keith Reiter, Tony Johnson, Cody Wommack, and Cyndi Andrews, pay all costs of this appeal.

RENDERED FEBRUARY 1, 2024
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk